UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation;<br><br>Defendant. | Case No.: 2:25-CV-01280 RSM<br><br>**ORDER TO STAY PROCEEDINGS** |

UPON CONSIDERATION of the Parties' Joint Motion to Stay Proceedings and for good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED. It is further ORDERED that all deadlines in this matter, other than the deadlines for joining additional parties and for amending pleadings, which are set for November 12, 2025, are STAYED until December 1, 2025.

DATED this 17th day of October 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TO STAY PROCEEDINGS - 1
CASE NO.: 2:25-CV-01280 RSM