UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION, a Washington corporation, | Case No.: 2:25-CV-01280 RSM |
| Plaintiff, | ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS ALL CLAIMS |
| v. | |
| TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation; | |
| Defendant. | |

UPON CONSIDERATION of the Parties' Joint Motion to Dismiss All Claims with Prejudice, Dkt. #24, and for good cause shown, it is hereby ORDERED that the case is DISMISSED with prejudice and without costs.  This case is CLOSED.

Signed this 3rd day of March, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

BUCHALTER 107585959v1
ORDER GRANTING JOINT STIPULATED MOTION TO
DISMISS ALL CLAIMS - 1